PS 8 Revised 07
MD/TN Revised 04/12

# UNITED STATES DISTRICT COURT
## for the
## MIDDLE DISTRICT OF TENNESSEE

U.S.A. vs. Jeffrey Andrew Johnson  Docket No. 0650 3:12CR00076 - 5

### Petition for Action on Conditions of Pretrial Release

COMES NOW Dariel S Blackledge-White, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Jeffrey Andrew Johnson who was placed under pretrial release supervision by the Honorable Juliet E. Griffin sitting in the Court at **Nashville, Tennessee**, on June 22, 2012, under the following conditions: Please reference the attached Order Setting Conditions of Release.

Respectfully presenting petition for action of Court and for cause as follows:
Please reference page two of this document.

I declare under penalty of perjury that the foregoing is true and correct.

| Dariel S Blackledge-White | Nashville, TN | June 12, 2013 |
|---|---|---|
| U.S. Pretrial Services Officer | Place: | Date: |

| Next Scheduled Court Event | Trial | October 29, 2013 |
|---|---|---|
| | Event | Date |

### PETITIONING THE COURT

☐ No Action  ☒ To issue an order setting a hearing on the petition
☐ To Issue a Warrant  ☐ Other

THE COURT ORDERS:
☐ No Action
☐ The Issuance of a Warrant.
  ☐ Sealed Pending Warrant Execution
    (cc: U.S. Probation and U.S. Marshals only)
☐ Other

☒ A Hearing on the Petition is set for

June 24, 2013  2:00 pm
Date  Time

Considered and ordered this _13th_ day of _June_, _2013_, and ordered filed and made a part of the records in the above case.

Honorable Juliet E. Griffin
U. S. Magistrate Judge

Honorable Juliet E. Griffin
Petition for Action on
Johnson, Jeffrey
Case No. 3:12-CR-00076-5
June 12, 2013

On June 21, 2012, the above referenced defendant was arrested in the Middle District of Tennessee, on a three-count Superseding Indictment which charged him with the following count, to wit: Count One, Conspiracy to Distribute and Dispense Controlled Substances Not for a Legitimate Medical Purpose and Not in Usual Course of Professional Medical Practice, in violation of 21 U.S.C. §§ 841(a)(1) and 846.

On June 22, 2012, the defendant appeared before Your Honor for an Initial Appearance. The Government sought detention, and proof was presented from both parties. The Court determined there were conditions that would allow for the defendant's release and thus, Mr. Johnson was ordered released on a personal recognizance bond with pretrial supervision.

On February 14, 2013, a Petition for Action on Conditions of Pretrial Release was submitted to the Court after the defendant submitted a diluted urine screen, one positive urine screen, and also failed to attend his substance abuse counseling sessions as scheduled. No action was requested.

**Special Conditions of Release:**

Please reference the attached Order Setting Conditions of Release.

**VIOLATION(S):**

**Violation No. 1: Defendant shall refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner; defendant shall notify Pretrial Services of any medication prescribed by a physician.**

On May 28, 2013, the defendant reported to the U.S. Probation and Pretrial Services Office and submitted a urinalysis which field tested positive for oxycodone. He admitted that on May 25, 2013, he consumed one 30 milligram oxycodone tablet. The specimen was submitted directly to Alere Laboratories, Gretna, Louisiana, and on May 31, 2013, the specimen was confirmed positive for oxycodone.

On May 30, 2013, Mr. Johnson submitted a urine screen that was confirmed positive for oxymorphone on June 3, 2013.

**Current Status of Case:**

A trial date has been set for October 29, 2013.

Honorable Juliet E. Griffin
Petition for Action on
Johnson, Jeffrey
Case No. 3:12-CR-00076-5
June 12, 2013

**Probation Officer Action:**

Subsequent to the defendant's submission of a positive urine screen and admitted drug use, this officer requested the defendant report to the U.S. Probation and Pretrial Services Office on May 30, 2013. Mr. Johnson reported to the office and his drug use was discussed. He denied he has an issue with drug use, and he opined he simply "messed up." Defendant Johnson declined substance abuse treatment.

Mr. Johnson was placed back on Phase I of the U.S. Probation Office's Code-a-Phone program, a program whereby defendants call daily to ascertain whether they need to report to the U.S. Probation and Pretrial Services Office to submit a urine screen.

**Respectfully Petitioning the Court as Follows**:

As the defendant continues to use narcotic medications and is not amenable to substance abuse treatment, it is recommended that the Court issue an Order setting a hearing on this Petition for Action. Assistant United States Attorney Brent Hannafan has been advised of the violation.

Approved:

William Burton Putman
Supervisory U.S. Probation Officer

xc:   Brent Hannafan, Assistant U.S. Attorney
      William Shockley, Defense Counsel

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA v. JEFFREY JOHNSON          CASE NO.: 3:12-cr-00076

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## RELEASE ORDER AND CONDITIONS OF RELEASE

☒ Defendant is released on his/~~her~~ own recognizance, no appearance bond shall be posted, and the following ~~statutorily required standard~~ conditions of release are hereby imposed:

☐ Defendant shall be released on a non-surety bond in the amount of _____, no security or monies shall be required for defendant to be released, and the following conditions of release are hereby imposed:

☐ Defendant shall be released on a non-surety bond in the amount of _____, cash in the amount of _____ shall be posted to the Clerk of Court, or such other security as listed below, and the following conditions of released are hereby imposed:

☐ Defendant shall be released on a surety bond as described below:

☐ Defendant shall remain on the conditions of supervised release that have been previously imposed by the District Judge. In addition, defendant shall abide by the following conditions:

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**WHILE ON RELEASE, I FULLY UNDERSTAND:**

1) I may not change my address or move without permission of the Court. My correct address has been provided to Pretrial Services.

2) I must be in Court each and every time I am instructed to be there, and surrender to serve any sentence imposed.

3) I cannot intimidate or harass any witness, victim, informant, juror or officer of the Court; I cannot obstruct any criminal investigation.

4) I must not violate any local, state or federal law. If I do, I could be punished by as much as from 90 days to 10 years imprisonment in addition to the penalty provided for the offense committed.

Page 1 of 5



IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA v. JEFFREY JOHNSON         CASE NO.: 3:12-cr-00076

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

5) If I violate any condition of release, a warrant for my arrest could be issued, ~~any bond~~ I ~~signed may be~~ forfeited, and new bonds with additional conditions, or my detention until trial, could be ordered by the Court, and I could be held in contempt of Court.

6) If I fail to appear at any proceeding in this case or I fail to surrender to serve any sentence imposed, I could be charged and convicted of bail jumping which is punishable by, in some cases, as much as 10 years imprisonment and/or a fine, in addition to any other punishments imposed in the original case.

7) This special condition or conditions:

   A.   Defendant shall report to Pretrial Services as directed

   B.   Defendant shall maintain or actively seek verifiable employment

   C.   Defendant shall participate in an evaluation to assess the presence, nature and severity of a substance abuse problem

   D.   Defendant shall not have in his possession (on his person, in his home, in his vehicle, at his place of work) any firearms, ammunition, or other dangerous weapon

   E.   Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner; defendant shall notify Pretrial Services of any medication prescribed by a physician

F. Defendant shall submit to any method of testing required by the Pretrial Services Office for determining whether the defendant is using a prohibited substance, such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing

G. Defendant shall participate in a program of inpatient or outpatient substance abuse therapy and counseling if deemed appropriate by the Pretrial Services Officer, any inpatient treatment may be followed by up to 90 days in a halfway house

H. Defendant shall refrain from obstructing or attempting to obstruct of tamper, in any fashion, with the efficiency and accuracy of any prohibited substance testing which is required as a condition of release

I. Defendant shall identify his primary care medical practitioner, and not seek any controlled substances from another doctor without referral by his primary care physician, except for medical emergencies; defendant shall report all prescriptions issued to him to his Pretrial Services Officer

J. Defendant shall report as soon as possible, within 48 hours, to the supervising officer, any contact with any law enforcement personnel, including, but not limited to any arrest, questioning, or traffic stop

UNITED STATES OF AMERICA v. JEFFREY JOHNSON         CASE NO.: 3:12-cr-00076

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

K. Defendant shall allow a Probation/Pretrial Services Officer to visit at any time at home or elsewhere and confiscate any contraband observed in plain view

L. Defendant shall have no contact with any co-defendant in this case except for his wife, Ashley Johnson, and any contact that is necessary during working hours with defendant Billy Griffith *and such contact shall not include any communication with Billy Griffith about the case* JAG

M. *Defendant is placed in the third party custody of Jessica Coe* ASAJ

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA v. JEFFREY JOHNSON          CASE NO.: 3:12-cr-00076

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

I Acknowledge I have read this Order. I understand that I will receive a copy of it and any Appearance Bond that the Court has ordered at the conclusion of this hearing.

Date: June 22, 2012                          X _____
                                                      Defendant

It is ORDERED that the conditions listed above are imposed. 18 U.S.C. § 3142.

                                             _____
                                             UNITED STATES MAGISTRATE JUDGE

The **Middle District of Tennessee** consists of the following counties: Cannon, Cheatham, Clay, Cumberland, Davidson, DeKalb, Dickson, Fentress, Giles, Hickman, Houston, Humphreys, Jackson, Lawrence, Lewis, Macon, Marshall, Maury, Montgomery, Overton, Pickett, Putnam, Robertson, Rutherford, Smith, Stewart, Sumner, Trousdale, Wayne, White, Williamson and Wilson.

The following are pertinent Middle District of Tennessee numbers (Area Code 615):
    U.S. Magistrate Judge Juliet Griffin    - 736-5164
    U.S. Magistrate Judge Joe B. Brown    - 736-7052
    U.S. Magistrate Judge E. Clifton Knowles    - 736-7347
    U.S. Magistrate Judge John S. Bryant    - 736-5878
    Clerk of Court    - 736-5498
    U.S. Marshal    - 736-5417
    U.S. Attorney    - 736-5151
    U.S. Probation    - 736-5771
    Federal Public Defender    - 736-5047

The United States District Court in **Nashville** is located in the United States Courthouse, 801 Broadway, at the corner of Eighth and Broad. The Court in **Cookeville** is located at 9 East Broad Street. The Court in **Columbia** is located at 816 South Garden Street.

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA v. JEFFREY JOHNSON       NO. 3:12-00076

*********************************************************

## ADDITIONAL CONDITIONS OF RELEASE

Upon finding that release to a third-party custodian will assure the appearance of the defendant and the safety of other persons and the community, it is FURTHER ORDERED that the release of the defendant is subject to the following condition:

**The defendant is placed in the third-party custody of:**

(Name of Persons) __Jessica Coe__

(Street Address) __4501 Big Hill Rd.__

(City, State, Zip Code) __Liberty, TN 37095__

(Tel. Nos., Work and Home)   Work: __615-563-6908__
                             Home: __615-653-6183__ } same
                             Cell: __615-653-6183__

who agree(s) **(a) to supervise the defendant in accordance with all conditions of release, (b) to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and (c) to notify the Court immediately in the event the defendant violates any condition of release or disappears.**

By affixing my(our) signatures hereto, I(we), the above-designated third-party custodian(s), understand that my(our) failure to abide by this agreement may subject me(us) to contempt of court proceedings.

__June 22, 2012__                X __Jessica Coe__
Date                             Third-Party Custodian

_____
Third-Party Custodian

It is so ORDERED.        __/s/ Judge__
                         UNITED STATES MAGISTRATE JUDGE