UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:12-00076 |
| | ) | JUDGE CAMPBELL |
| JEFFREY JOHNSON | ) | |

## ORDER

Pending before the Court is Defendant Jeffrey Johnson's Unopposed Motion to Continue Sentencing (Docket No. 358). The Motion is GRANTED.

The sentencing hearing in this case is RESCHEDULED for February 27, 2015, at 1:00 p.m.

All motions for a departure or pursuant to <u>United States v. Booker</u>, 125 S.Ct. 738 (2005) must be filed at least five (5) days before the sentencing hearing.

In accordance with LCrR 32.01(c), at least seven (7) days prior to the sentencing date, the parties shall file a "Position of the (Government or Defendant) with Respect to Sentencing Factors," containing only unresolved objections to the Presentence Report. If the parties have no objections to the Presentence Report, they shall so indicate in their "Position" filed with the Court. The parties shall also serve a copy of their "Position" on the Probation Office upon its filing.

It is so ORDERED.

                                                                  _____
                                                                   TODD J. CAMPBELL
                                                                   UNITED STATES DISTRICT JUDGE